FILED
CLERK, U.S. DISTRICT COURT

JUN 29 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JONES RICHARDSON, | No. CV08-2641 AHM (FFMx) |
| Plaintiff, | *Honorable A. Howard Matz* |
| vs. | [PROPOSED] ORDER OF DISMISSAL |
| CITY OF SANTA MARIA, SANTA MARIA POLICE DEPARTMENT, and J. GARCIA and ZICKUHR, | |
| Defendants. | |

The parties, Plaintiff ANTHONY JONES RICHARDSON and Defendants CITY OF SANTA MARIA, SANTA MARIA POLICE DEPARTMENT, OFFICER J. GARCIA and OFFICER ZICKUHR, having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice.

DATED: June 24, 2010

Honorable A. Howard Matz
United States District Judge

No. CV08-2641 AHM (FFMx)